AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv545 | DATE FILED<br>9/1/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Ronald A. Katz Technology Licensing L.P. | | DEFENDANT<br><br>Ahold U.S.A. Inc.; The Stop & Shop Supermarket Company LLC; Giant Food Stores LLC; Giant Food Inc.; Express Scripts Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,792,968 | 12/20/88 | FDR Interactive Technologies |
| 2 | 4,930,150 | 5/29/90 | First Data Resources Inc. |
| 3 | 5,128,984 | 7/7/92 | First Data Resources Inc. |
| 4 | 5,251,252 | 10/5/93 | First Data Resources Inc. |
| 5 | 5,351,285 | 9/27/94 | First Data Resources Inc. |
| | 5,684,863 | 11/4/97 | Ronald A. Katz, Technology Lic. L.P. |
| | 5,787,156 | 7/28/98 | Ronald A. Katz, Technology Licensing, L.P. |
| | 5,815,551 | 9/29/98 | Ronald A. Katz, Technology Licensing, L.P. |
| | 5,828,734 | 10/27/98 | Ronald A. Katz, Technology Licensing, L.P. |
| | 5,898,762 | 4/27/99 | Ronald A. Katz, Technology Licensing, L.P. |
| | 5,917,893 | 6/29/99 | Ronald A. Katz, Technology Licensing, L.P. |
| | 5,974,120 | 10/26/99 | Ronald A. Katz, Technology Licensing, L.P. |
| | 6,148,065 | 11/14/00 | Ronald A. Katz, Technology Licensing, L.P. |
| | 6,335,965 B1 | 1/1/02 | Ronald A. Katz, Technology Licensing, L.P. |
| | 6,349,134 B1 | 2/19/02 | Ronald A. Katz, Technology Licensing, L.P. |
| | 6,434,223 B2 | 8/13/02 | Ronald A. Katz, Technology Licensing, L.P. |
| | 6,678,360 B1 | 1/13/04 | Ronald A. Katz, Technology Licensing, L.P. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |

✎ AO 120 (Rev. 3/04)

| 2 | | |
| --- | --- | --- |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
| --- |
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
| --- | --- | --- |
| PETER T. DALLEO, CLERK OF COURT | | 9/5/06 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**