IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC.; THE STOP & SHOP SUPERMARKET COMPANY LLC; GIANT FOOD STORES, LLC; GIANT FOOD LLC; GIANT FOOD INC.; EXPRESS SCRIPTS, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 06-545 ) ) ) **DEMAND FOR JURY TRIAL** ) ) ) ) ) |

**PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S
FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Ronald A. Katz Technology Licensing, L.P. states that it does not have a parent company and that no publicly held corporation owns more than 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

---

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

OF COUNSEL:

Robert T. Haslam
Andrew C. Byrnes
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.7000

Dale A. Rice
Michael K. Plimack
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
415.772.6000

*Attorneys for Plaintiff
Ronald A. Katz Technology Licensing, L.P.*

Dated: September 1, 2006
535514

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, true and correct copies of the foregoing were caused to be served upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| Ahold U.S.A., Inc.; <br> The Stop & Shop Supermarket Company LLC; <br> Giant Food Stores, LLC; and <br> Express Scripts, Inc. | c/o Corporation Service Company <br> 2711 Centerville Road, Suite 400 <br> Wilmington, DE  19808 |
| Giant Food Inc. | c/o Corporation Guarantee and Trust Company <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE  19801 |
| Giant Food LLC | c/o The Honorable Harriet Smith Windsor <br> Secretary of State <br> Division of Corporations <br> 401 Federal Street, Suite 4 <br> Dover, DE 19901 |

*/s/ Mary B. Graham*

_____
Mary B. Graham  (#2256)