IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-545 (GMS) |
| AHOLD U.S.A., INC., et al., | ) ) | |
| Defendants. | ) ) | |

DECLARATION OF MAILING AND OF SERVICE PURSUANT TO D. DEL. L.R. 4.1(b)

I, Benjamin J. Schladweiler, declare as follows:

1.      I am an associate in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel for plaintiff in this action.

2.      Copies of the summons and complaint in this action were served on September 5, 2006 on Giant Food LLC pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State with the statutory fee of $2.00.

3.      A copy of the summons showing service on the Secretary of State was filed on September 6, 2006.

4.      On September 6, 2006, copies of the summons, complaint, and Notice of Availability of a United States Magistrate Judge were sent by Registered Mail, Return Receipt Requested, to:

Giant Food LLC
6400 Sheriff Road
Landover, MD  20785

5.      I attach the registered mail receipt showing that the summons and complaint were delivered to Giant Food LLC as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2006

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)

537588

# EXHIBIT A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *M. Whitt*    ☐ Agent    ☐ Addressee

B. Received by ( *Printed Name* )    *M. WHITT*    C. Date of Delivery    *9-8-06*

1. Article Addressed to:
*Giant Foods LLC*
*6400 Sheriff Rd.*
*Landover, MD 20785*

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
(Transfer from service label)    *RA 614 328 455 US*

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540