IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-545 (GMS) |
| AHOLD U.S.A., INC., et al., | ) ) | |
| Defendants. | ) ) | |

## STIPULATION TO EXTEND TIME

WHEREAS defendant Express Scripts, Inc. ("Express Scripts") has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS Express Scripts stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and Express Scripts, subject to the approval of the Court, that Express Scripts may have until October 26, 2006 to answer, move or otherwise plead in response to the Complaint.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| /s/ Julia Heaney | /s/ Steven J. Balick |
| Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>Benjamin J. Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>302.658.9200 | Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>302.654.1888 |
| *Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P.* | *Attorneys for Defendant Express Scripts, Inc.* |

Dated:  September 22, 2006
537814

SO ORDERED this ___ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

173498.1