IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-545-GMS |
| v. | ) ) ) | |
| AHOLD U.S.A., INC., et al., | ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of James J. Brosnahan, Charles S. Barquist, Michael W. Vella and Brian F. McMahon to represent Express Scripts, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $100.00 is included to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant Express Scripts, Inc.*

Dated: October 10, 2006
173744.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-545-GMS |
| v. | ) ) ) | |
| AHOLD U.S.A., INC., et al., | ) ) | |
| Defendants. | ) | |

### ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of James J. Brosnahan, Charles S. Barquist, Michael W. Vella and Brian F. McMahon to represent Express Scripts, Inc. in the above action; now therefore,

    IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

                                                                      _____
                                                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *James J. Brosnahan*

James J. Brosnahan
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000

Dated: October 2, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Charles S. Barquist
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
(213) 892-5200

Dated: *October 3, 2006*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Michael W. Vella
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
(213) 892-5200

Dated: 10/2/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: */s/ B. F. McMahon*
Brian F. McMahon
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
(213) 892-5200

Dated: 10/9/2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2006, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | <u>HAND DELIVERY</u> |
| Robert T. Haslam, Esquire<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025-3506 | <u>VIA FEDERAL EXPRESS</u> |
| Michael K. Plimack, Esquire<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

174031.1