IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-545-GMS |

## NOTICE OF APPEARANCE

TO:  Mary B. Graham, Esquire         Steven J. Balick, Esquire
     Julia Heaney, Esquire            John G. Day, Esquire
     Morris Nichols Arsht & Tunnel    Ashby & Geddes
     1201 North Market Street         222 Delaware Avenue, PO Box 1150
     Wilmington, Delaware 19801       Wilmington, DE 19899

Please enter the appearance of Richards, Layton & Finger as counsel to Defendants Ahold U.S.A., Inc., The Stop & Shop Supermarket Company LLC, Giant Food Stores, LLC, Giant Food LLC and Giant Foods, Inc.

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Tel: (302) 651-7700
Fax: (302) 651-7701
*Attorneys for Defendants Ahold U.S.A., Inc., The Stop & Shop Supermarket Company LLC, Giant Food Stores, LLC, Giant Food LLC and Giant Foods, Inc.*

Dated: October 26, 2006

RLF1-3074878-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY E-MAIL AND HAND DELIVERY

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris Nichols Arsht & Tunnel
1201 North Market Street
Wilmington, Delaware 19801

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, PO Box 1150
Wilmington, DE 19899

I hereby certify that on October 26, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Charles S. Barquist
Brian F. McMahon
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024

Michael K. Plimack
Dale A. Rice
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104-2878

James J. Brosnahan
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Michael W. Vella
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1-3074816-1