AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF DELAWARE**

RONALD A. KATZ TECHNOLOGY )
LICENSING, L.P., )
)
    Plaintiff, )
)
v. )    C.A. No. 06-545 (GMS)
)
AHOLD U.S.A., INC.; THE STOP & SHOP )
SUPERMARKET COMPANY LLC; GIANT )
FOOD STORES, LLC; GIANT FOOD LLC; )
GIANT FOOD INC.; EXPRESS SCRIPTS, )
INC.; RITE AID CORPORATION; RITE AID )
OF DELAWARE, INC.; THE JEAN COUTU )
GROUP (PJC) USA, INC.; ECKERD )
CORPORATION; BROOKS PHARMACY, )
INC.; MAXI DRUG, INC.; and MAXI DRUG )
NORTH, INC., )
)
    Defendants. )

**SUMMONS IN A CIVIL ACTION**

TO:   MAXI DRUG NORTH, INC.
       c/o The Corporation Trust Company
       Corporation Trust Center
       1209 Orange Street
       Wilmington, DE 19801

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY:   Julia Heaney, Esquire
                                  Morris, Nichols, Arsht & Tunnell LLP
                                  1201 North Market Street; P.O. Box 1347
                                  Wilmington, DE 19899-1347
                                  302-658-9200

an answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             10-26-06

CLERK                                                    DATE

*[signature]*
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>October 26, 2006 |
| NAME OF SERVER (PRINT)<br>John Ryan Plocharz | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant Maxi Drug North, Inc. by delivering copies thereof to defendant's registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/26/2006      *John Ryan Plocharz*
              Date            Signature of Server

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure