AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., ) ) ) Plaintiff, ) ) v. ) ) AHOLD U.S.A., INC.; THE STOP & SHOP ) SUPERMARKET COMPANY LLC; GIANT ) FOOD STORES, LLC; GIANT FOOD LLC; ) GIANT FOOD INC.; EXPRESS SCRIPTS, ) INC.; RITE AID CORPORATION; RITE AID ) OF DELAWARE, INC.; THE JEAN COUTU ) GROUP (PJC) USA, INC.; ECKERD ) CORPORATION; BROOKS PHARMACY, ) INC.; MAXI DRUG, INC.; and MAXI DRUG ) NORTH, INC., ) ) Defendants. ) | **SUMMONS IN A CIVIL ACTION** <br><br> C.A. No. 06-545 (GMS) |

TO:  RITE AID CORPORATION
     c/o The Corporation Trust Company
     Corporation Trust Center
     1209 Orange Street
     Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY:     Julia Heaney, Esquire
                          Morris, Nichols, Arsht & Tunnell LLP
                          1201 North Market Street; P.O. Box 1347
                          Wilmington, DE  19899-1347
                          302-658-9200

an answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      10/26/06
_____                              _____
CLERK                                                DATE

_Monica Mooney_
_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: October 26, 2006 |
| NAME OF SERVER (PRINT): John Ryan Plocharz | TITLE: Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Service of the Summons and Complaint was made upon defendant Rite Aid Corporation by delivering copies thereof to defendant's registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/26/2006    *(signature)* John Ryan Plocharz
    Date    Signature of Server

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure