IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P. | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-545 (GMS) |
| v. | ) ) | |
| AHOLD U.S.A., INC., et al. | ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## AHOLD DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants Ahold U.S.A., Inc., The Stop & Shop Supermarket Company LLC, Giant Food Stores, LLC, Giant Food LLC, and Giant Food Inc. hereby disclose that:

(1)     Defendant Ahold U.S.A., Inc.'s parent corporation is Ahold Americas Holdings, Inc.;

(2)     Defendant The Stop & Shop Supermarket Company LLC's parent corporation is Ahold U.S.A., Inc.

(3)     Defendant Giant Food Stores, LLC's parent company is Giant Carlisle Holding, LLC, whose parent corporation is Ahold Central Holdings, Inc., whose parent corporation is Defendant Ahold U.S.A., Inc.

(4)     Giant Food LLC's parent company is Defendant The Stop & Shop Supermarket Company LLC.

(5)     Giant Food Inc. no longer exists by that name; its successor, Giant of Maryland LLC,'s parent company is Giant Food LLC.

(6)     Koninklijke Ahold N.V. is the only publicly-traded entity that, through its

subsidiaries, owns 10% or more of stock of Defendants Ahold U.S.A., Inc., The Stop & Shop

Supermarket Company LLC, Giant Food Stores, LLC, Giant Food LLC, or Giant of Maryland

LLC.

*Kelly E. Farnan*

Frederick L. Cottrell, III (#2555)
Cotrell@rlf.com
Kelly E. Farnan (#4395)
OF COUNSEL:                          Farnan@rlf.com
                                     Richards, Layton & Finger
Patrick J. Flinn                     One Rodney Square, P.O. Box 551
Robert L. Lee                        Wilmington, DE 19899
Cherri T. Gregg                      (302) 651-7700
Alston & Bird LLP                    *Attorneys For Defendants Ahold USA, Inc., The*
One Atlantic Center                  *Stop & Shop Supermarket Company LLC, Giant*
1201 West Peachtree Street           *Food Stores, LLC, Giant Food LLC and Giant Food*
Atlanta, GA 30309-3424               *Inc.*
(404) 881-7000

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2006, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and

which has also been served as noted:

### BY E-MAIL AND HAND DELIVERY

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris Nichols Arsht & Tunnel
1201 North Market Street
Wilmington, Delaware 19801

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, PO Box 1150
Wilmington, DE 19899

I hereby certify that on November 8, 2006, the foregoing document was sent to the

following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Charles S. Barquist
Brian F. McMahon
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024

Michael K. Plimack
Dale A. Rice
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104-2878

James J. Brosnahan
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Michael W. Vella
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

Kelly E. Farnan (#4395)
farnan@rlf.com