IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  C.A. No. 06-545-GMS ) |
| AHOLD U.S.A., INC., et al., | ) ) ) |
| Defendants. | ) ) |

**EXPRESS SCRIPTS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Express Scripts, Inc. ("ESI") identifies and discloses that New York Life Insurance Co. owns ten (10) percent or more of ESI's stock.

ASHBY & GEDDES

/s/ Steven J. Balick
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888

*Of Counsel:*

*Attorneys for Defendant Express Scripts, Inc.*

James J. Brosnahan
Charles S. Barquist
Brian F. McMahon
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013

Dated: November 8, 2006
174987.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2006, the attached **EXPRESS SCRIPTS, INC.'S CORPORATE DISCLOSURE STATEMENT** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | VIA HAND DELIVERY<br>AND ELECTRONIC MAIL |
| Robert T. Haslam, Esquire<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025-3506 | VIA ELECTRONIC MAIL |
| Michael K. Plimack, Esquire<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA  94104-2878 | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE  19899 | VIA HAND DELIVERY<br>AND ELECTRONIC MAIL |
| Robert Lee, Esquire<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA  30309-3424 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*
_____
Steven J. Balick

174031.1