IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-545 (GMS) |
| AHOLD U.S.A., INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

**STIPULATION TO EXTEND TIME**

WHEREAS each of the defendants The Jean Coutu Group (PJC) USA, Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., and Maxi Drug North, Inc., was added to this action by way of Plaintiff's Amended Complaint (D.I. 19) filed on October 25, 2006;

WHEREAS each of the defendants signing this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Amended Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Amended Complaint and its response to the allegations;

WHEREAS each of the defendants signing this stipulation stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants The Jean Coutu Group (PJC) USA, Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., and Maxi Drug North, Inc., subject to the approval of the Court, that each of these defendants may have until December 15, 2006 to answer, move or otherwise plead in response to the Amended Complaint.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CROSS & SIMON, LLC |
|---|---|
| /s/ Julia Heaney | /s/ Sean T. O'Kelly |
| Mary B. Graham (#2256) | Richard H. Cross, Jr. (#3576) |
| Julia Heaney (#3052) | Sean T. O'Kelly (#4349) |
| Benjamin J. Schladweiler (#4601) | Kristen Healey Cramer (#4512) |
| 1201 N. Market Street | 913 N. Market Street, 11th Floor |
| P.O. Box 1347 | P.O. Box 1380 |
| Wilmington, DE  19899-1347 | Wilmington, DE 19899-1380 |
| 302.658.9200 | 302.777.4200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Ronald A. Katz Technology Licensing, L.P.* | *The Jean Coutu Group (PJC) USA, Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., and Maxi Drug North, Inc.* |

Dated: November 10, 2006

SO ORDERED this ___ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE