IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-545 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael T. Renaud of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA to represent defendants The Jean Coutu Group (PJC) USA, Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., and Maxi Drug North, Inc., in the above-captioned matter.

Dated: November 10, 2006

CROSS & SIMON, LLC

/s/ Sean T. O'Kelly
Richard H. Cross, Jr. (#3576)
Sean T. O'Kelly (#4349)
Kristen Healey Cramer (#4512)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
302.777.4200

*Attorneys for Defendants
The Jean Coutu Group (PJC) USA, Eckerd
Corporation, Brooks Pharmacy, Inc., Maxi
Drug, Inc., and Maxi Drug North, Inc.*

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
                                                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Commonwealth of Massachusetts, District Court for the District of Mass., Bar of Connecticut, United States Patent and Trademark Office, Fourth Circuit Court of Appeals, Federal Circuit Court of Appeals and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: November 10, 2006          Signed: _____
                                  Michael T. Renaud, Esq.
                                  Mintz, Levin, Cohn, Ferris
                                     Glovsky and Popeo, P.C.
                                  One Financial Center
                                  Boston, MA 02110
                                  mtrneaud@mintz.com

LIT 1593790v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 06-545 (GMS) ) ) ) ) ) |

### CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, hereby certify that on November 13, 2006, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served by electronic filing upon all counsel of record.

CROSS & SIMON, LLC

/s/ Sean T. O'Kelly
Richard H. Cross, Jr. (#3576)
Sean T. O'Kelly (#4349)
Kristen Healey Cramer (#4512)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200

*Attorneys for Defendants*
*The Jean Coutu Group (PJC) USA, Eckerd*
*Corporation, Brooks Pharmacy, Inc., Maxi*
*Drug, Inc., and Maxi Drug North, Inc.*