IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-545 (GMS) |
| AHOLD U.S.A., INC., et al., | ) ) | |
| Defendants. | ) ) | |

**STIPULATION TO EXTEND TIME**

WHEREAS each of the defendants Rite Aid Corporation and Rite Aid of Delaware, Inc., was added to this action by way of Plaintiff's Amended Complaint (D.I. 19) filed on October 25, 2006;

WHEREAS each of the defendants signing this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Amended Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Amended Complaint and its response to the allegations;

WHEREAS each of the defendants signing this stipulation stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants Rite Aid Corporation and Rite Aid of Delaware, Inc., subject to the approval of the Court, that each of these defendants may have until December 15, 2006 to answer, move or otherwise plead in response to the Amended Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Mary B. Graham_  
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

Dated: November 13, 2006

_/s/ D. W. M._  
David W. Marston Jr. (#3972)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5937

*Attorney for Defendants*
*Rite Aid Corporation and*
*Rite Aid of Delaware, Inc.*

Dated: November 13, 2006


SO ORDERED this ___ day of November, 2006.


_____
UNITED STATES DISTRICT JUDGE

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
302.351.9199
mgraham@mnat.com

November 13, 2006

**VIA E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

        Re: *Ronald Katz Technology Licensing, L.P. v. Ahold U.S.A., Inc., et al.*
              Civil Action No. 06-545 (GMS)

Dear Judge Sleet:

      Attached is a stipulation to extend the time for the recently-added Rite Aid defendants to respond to the Amended Complaint. The reasons Rite Aid sought the extension are set forth in the stipulation. We agreed to handle the filing of this stipulation because the Rite Aid defendants do not yet have Delaware counsel who may appear on their behalf

                                      Respectfully,

                                        */s/ Mary B. Graham*

                                      Mary B. Graham (#2256)

MBG
Enclosure
cc:    Clerk of the Court (via e-filing and hand delivery)
       David W. Marston, Jr. (via e-mail)
       Sean T. O'Kelly (via e-filing)
       Steven J. Balick (via e-filing)
       Kelly E. Farnan (via e-filing)
       Tiffany Geyer Lydon (via e-filing)