IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-545-GMS ) |
| AHOLD U.S.A., INC.; THE STOP & SHOP SUPERMARKET COMPANY LLC; GIANT FOOD STORES, LLC; GIANT FOOD LLC; GIANT FOOD INC.; and EXPRESS SCRIPTS, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices. Effective December 18, 2006, the firm's address will be as follows:

>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

>ASHBY & GEDDES
>
>/s/ Steven J. Balick
>_____
>Steven J. Balick (I.D. # 2114)
>John G. Day (I.D. # 2403)
>Tiffany Geyer Lydon (I.D. # 3950)
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899
>(302) 654-1888
>
>*Attorneys for Express Scripts, Inc.*

*Of Counsel:*

Charles S. Barquist
Michael W. Vella
Brian F. McMahon
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA  90013
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

Dated:  December 13, 2006
175955.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | **VIA ELECTRONIC MAIL** |
| Robert T. Haslam, Esquire<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025-3506 | **VIA ELECTRONIC MAIL** |
| Michael K. Plimack, Esquire<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA  94104-2878 | **VIA ELECTRONIC MAIL** |
| Frederick L. Cottrell, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE  19899 | **VIA ELECTRONIC MAIL** |
| Robert Lee, Esquire<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA  30309-3424 | **VIA ELECTRONIC MAIL** |
| David W. Marston, Jr., Esquire<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921 | **VIA ELECTRONIC MAIL** |

Richard H. Cross, Jr., Esquire                                VIA ELECTRONIC MAIL
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE  19899-1380

Michael T. Renaud, Esquire                                    VIA ELECTRONIC MAIL
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02110

*/s/ Steven J. Balick*
_____
Steven J. Balick