IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>AHOLD U.S.A., INC., *et al.*<br><br>Defendants. | C.A. No. 06-545 (GMS) |

## THE JEAN COUTU GROUP'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendants The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., and Maxi Drug North, Inc. hereby disclose that:

1. The Jean Coutu Group (PJC) USA, Inc. is a privately held wholly owned subsidiary of The Jean Coutu Group (PJC), Inc.

2. Eckerd Corporation is a privately held wholly owned subsidiary of The Jean Coutu Group (PJC) USA, Inc.

3. Brooks Pharmacy, Inc. is a privately held wholly owned subsidiary of The Jean Coutu Group (PJC) USA, Inc.

4. Maxi Drug, Inc. is a privately held wholly owned subsidiary of The Jean Coutu Group (PJC) USA, Inc.

5. Maxi Drug North, Inc. is a privately held wholly owned subsidiary of The Jean Coutu Group (PJC) USA, Inc.

CROSS & SIMON, LLC

/s/ Sean T. O'Kelly
Sean T. O'Kelly (#4349)
Kristen Healey Cramer (#4512)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
*Attorneys for Defendants, The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., and Maxi Drug North, Inc.*

OF COUNSEL:

A. Jason Mirabito
Michael T. Renaud
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111


Dated: December 15, 2006

## CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, hereby certify that on December 15, 2006, a copy of **THE JEAN COUTU GROUP'S RULE 7.1 DISCLOSURE STATEMENT**, was served upon the below-named counsel of record by electronic filing and additionally in the manner indicated:

**VIA HAND DELIVERY**

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

Frederick L Cottrell, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Steven J. Balick, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Robert T. Haslam, Esq.
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Michael K. Plimack, Esq.
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104-2878

Sean T. O'Kelly (#4349)