IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 06-545 (GMS) ) ) ) ) ) ) |

**DEFENDANTS RITE AID CORPORATION AND RITE AID OF DELAWARE, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Rite Aid Corporation discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock, and defendant Rite Aid of Delaware, Inc. discloses that Rite Aid Corporation is its parent corporation, which is a publicly held corporation that owns 10% or more of its stock.

Of Counsel:

Thomas B. Kenworthy
Alison B. Weisberg
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000

and

Thomas A. Schmutz
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 739-5484

Dated: December 15, 2006

CROSS & SIMON, LLC

/s/ Sean T. O'Kelly

Sean T. O'Kelly (No. 4349)
Kristen Healey Cramer (No. 4512)
913 North Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 777-4200
*Attorneys for Rite Aid Corporation and Rite Aid of Delaware, Inc.*

**CERTIFICATE OF SERVICE**

I, Sean T. O'Kelly, hereby certify that on December 15, 2006, a copy of the **DEFENDANTS RITE AID CORPORATION AND RITE AID OF DELAWARE, INC.'S RULE 7.1 DISCLOSURE STATEMENT**, was served upon the below-named counsel of record by electronic filing and additionally in the manner indicated:

**VIA HAND DELIVERY**

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

Frederick L Cottrell, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Steven J. Balick, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Robert T. Haslam, Esq.
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Michael K. Plimack, Esq.
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104-2878

Sean T. O'Kelly (#4349)