IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC.; THE STOP & SHOP SUPERMARKET COMPANY LLC; GIANT FOOD STORES, LLC; GIANT FOOD LLC; GIANT FOOD INC.; EXPRESS SCRIPTS, INC.; RITE AID CORPORATION; RITE AID OF DELAWARE, INC.; THE JEAN COUTU GROUP (PJC) USA, INC.; ECKERD CORPORATION; BROOKS PHARMACY, INC.; MAXI DRUG, INC.; and MAXI DRUG NORTH, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 06-545 (GMS) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' MOTION TO STAY ACTION PENDING THE U.S. PATENT AND TRADEMARK OFFICE'S REEXAMINATION OF PLANTIFF'S PATENTS

Defendants Ahold U.S.A., Inc., The Stop & Shop Supermarket Company LLC, Giant Food Stores, LLC, Giant Food LLC, Giant Food of Maryland (collectively, the "Ahold Defendants"), Rite Aid Corporation and Rite Aid of Delaware, Inc. (collectively the "Rite Aid Defendants") (collectively, "Moving Defendants"), hereby move the Court to stay this action in its entirety pending the Reexamination proceedings by the United States Patent and Trademark Office relating to patents asserted in this action by Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL" or "Plaintiff").

By this motion, the Moving Defendants incorporate herein by reference the Motion to Stay (D.I. 80) filed by the Defendants in Civil Action No. 06-546-GMS on

LEGAL02/30190954v3
RLF1-3096600-1

Monday, December 18, 2006, and the opening brief (D.I. 81) and declaration (D.I. 82) in support thereof, and offer the following additional support for their motion.

On September 1, 2006, Plaintiff filed five actions in this District[1] accusing a total of ninety-five defendants of infringing one or more of twenty-nine U.S. patents.[2] Plaintiff has asserted twenty-three of the twenty-nine U.S. patents in this action[3], including fourteen patents asserted against the Ahold Defendants and sixteen patents asserted against the Rite Aid Defendants.[4]

Currently, eleven RAKTL patents are involved in reexamination proceedings before the U.S. Patent and Trademark Office.[5] Of the eleven patents currently under

---

[1] *Ronald A. Katz Technology Licensing, L.P. v. Reliant Energy, Inc., et al.* (Civil Action No. 1:06-cv-00543), *Ronald A. Katz Technology Licensing, L.P. v. TD Banknorth, Inc., et al.* (Civil Action No. 1:06-cv-00544), *Ronald A. Katz Technology Licensing, L.P. v. Ahold USA, Inc., et al.* (Civil Action No. 1:06-cv-0545), *Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable, Inc., et al.* (Civil Action No. 1:06-cv-0546), and *Ronald A. Katz Technology Licensing, L.P. v. American International Group, Inc., et al.* (Civil Action No. 1:06cv-00547).

[2] The twenty-nine patents asserted across the five Delaware actions are U.S. Patent No. 4,792,968 ("the '968 patent); 4,930,150 ("the '150 patent"); 4,939,773 ("the '773 patent"); 4,987,590 ("the '590 patent"); 5,128,984 ("the '984 patent"); 5,251,252 ("the '252 patent"); 5,255,309 ("the '309 patent"); 5,297,197 ("the '197 patent"); 5,351,285 ("the '285 patent"); 5,561,707 ("the '707 patent"); 5,442,688 ("the '688 patent"); 5,684,863 ("the '863 patent"); 5,787,156 ("the '156 patent"); 5,815,551 ("the '551 patent"); 5,828,734 ("the '734 patent"); 5,835,576 ("the '576 patent"); 5,898,762 ("the '762 patent"); 5,917,893 ("the '893 patent"); 5,974,120 ("the '120 patent"); 6,035,021 ("the '021 patent"); 6,044,135 ("the '135 patent"); 6,148,065 ("the '065 patent"); 6,335,965 ("the '965 patent"); 6,349,134 ("the '134 patent"); 6,424,703 ("the '703 patent"); 6,434,223 ("the '223 patent"); 6,449,346 ("the '346 patent"); 6,512,415 ("the '415 patent"); and 6,678,360 ("the '360 patent") (collectively, "the asserted patents").

[3] The twenty-three patents asserted in this specific action include the '968 patent, the '150 patent, the '984 patent, the '252 patent, the '309 patent, the '285 patent, the '707 patent, the '863 patent, the '156 patent, the '551 patent, the '734 patent, the '762 patent, the '893 patent, the '120 patent, the '021 patent, the '135 patent, the '065 patent, the '965 patent, the '134 patent, the '703 patent, the '223 patent, the '415 patent, and the '360 patent.

[4] The fourteen patents asserted against the Ahold Defendants include the '968 patent, the '150 patent, the '984 patent, the '309 patent, the '285 patent, the '707 patent, the '863 patent, the '156 patent, the '551 patent, the '734 patent, the '120 patent, the '965 patent, the '223 patent, and the '360 patent. The sixteen patents asserted against the Rite Aid Defendants include the '120 patent, the '150 patent, the '223 patent, the '285 patent, the '309 patent, the '551 patent, the '707 patent, the '734 patent, the '863 patent, the '968 patent, the '984 patent, the '021 patent, the '134 patent, the '252 patent, the '703 patent and the '893 patent.

[5] The eleven patents currently involved in reexamination proceedings include U.S. Patent Nos.: 5,255,309, 5,259,023, 5,351,285, 5,561,707, 5,684,863, 5,787,156, 5,815,551, 5,828,734, 6,292,547, 5,974,120 and

reexamination, at least eight are asserted against the Ahold and Rite Aid Defendants.[6] Therefore, *over half* of the patents asserted against the Ahold Defendants – *i.e.* eight of the fourteen patents – and *half* of the patents asserted against the Rite Aid Defendants – *i.e.* eight of the sixteen patents – are currently under reexamination. In addition, since many of Plaintiff's patents are related to each other and also involve very similar technology, it is likely that others of Plaintiff's patents will be affected by the results of the currently pending reexamination proceedings.

Further, Moving Defendants respectfully request that the Court stay this action in its entirety because: (1) Plaintiff will not be prejudiced, much less unduly prejudiced by such a stay; (2) such a stay will simplify the proceedings as a result of the findings of the reexamination proceedings, and thus conserve this Court's and the parties' resources relating to the investigation, discovery, analysis, and construction related to patent claims which are likely to be amended or even cancelled during reexamination; and (3) this action has not progressed past the initial pleading stage, discovery has not yet begun, and no trial date has been set.

For these reasons, Moving Defendants respectfully request that the Court stay this action in its entirety pending the completion of all of the reexamination proceedings by the U.S. Patent and Trademark Office involving Plaintiff's U.S. patents that have been asserted in this action as well as other related but unasserted patents. A proposed form of order is attached hereto.

---

6,434,223. In addition, a request for reexamination of U.S. Patent No. 5,128,984 has been submitted to the U.S. Patent and Trademark Office, but the PTO has not yet acted on the request.

[6] The patents asserted against Defendants currently involved in reexamination proceedings include the '156 patent, the '223 patent, the '285 patent, the '551 patent, the '707 patent, the '734 patent, and the '863 patent.


Pursuant to Local Rule 7.1.1, Plaintiff's counsel has been contacted regarding this motion, and counsel has indicated that Plaintiff is opposed to the requested stay.

|  |  |
|---|---|
| | _/s/ Kelly E. Farnan_<br>Frederick L. Cottrell, III (#2555)<br>Cotrell@rlf.com |
| OF COUNSEL: | Kelly E. Farnan (#4395)<br>Farnan@rlf.com |
| Patrick J. Flinn<br>Robert L. Lee<br>Cherri T. Gregg<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>Direct Dial: (302) 651-7509<br>Facsimile: (302) 651-7701 |
| Dated: December 20, 2006 | Attorneys for Defendants Ahold USA, Inc., The Stop & Shop Supermarket Company, LLC, Giant Food Stores, LLC, Giant Food LLC and Giant of Maryland LLC |
| | _/s/ Sean T. O'Kelly_<br>Sean T. O'Kelly (#4349)<br>Kristen Healey Cramer (#4512) |
| OF COUNSEL: | Cross & Simon, LLC<br>913 North Market Street, 11th Floor |
| Thomas B. Kenworthy<br>Alison B. Weisberg<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103 | Wilmington, DE 19801<br>Phone: (302) 777-4200<br>Fax: (302) 777-4224<br>Attorneys for Defendants Rite Aid Corporationand Rite Aid of Delaware, Inc. |
| Thomas A. Schmutz<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | |
| Dated: December 20, 2006 | |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

BY E-MAIL AND HAND DELIVERY

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris Nichols Arsht & Tunnel
1201 North Market Street
Wilmington, Delaware 19801

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, PO Box 1150
Wilmington, DE 19899

Sean T. O'Kelly, Esquire
Kristen Healey Cramer
913 North Market Street, 11th Floor
Wilmington, DE 19801

I hereby certify that on December 20, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

BY EMAIL

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Michael K. Plimack
Dale A. Rice
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104-2878

Charles S. Barquist
Brian F. McMahon
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024

James J. Brosnahan
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Michael W. Vella
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

RLF1-3074816-1

Thomas B. Kenworthy
Alison B. Weisberg
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Thomas A. Schmutz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

A. Jason Mirabito
Michael T. Renaud
Mintz, Levin, Cohn, Ferris, Glovsky
    and Pompeo, P.C.
One Financial Center
Boston, MA 02111

_Kelly E. Farnan_
Kelly E. Farnan (#4395)
farnan@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC.; THE STOP & SHOP SUPERMARKET COMPANY LLC; GIANT FOOD STORES, LLC; GIANT FOOD LLC; GIANT FOOD INC.; EXPRESS SCRIPTS, INC.; RITE AID CORPORATION; RITE AID OF DELAWARE, INC.; THE JEAN COUTU GROUP (PJC) USA, INC.; ECKERD CORPORATION; BROOKS PHARMACY, INC.; MAXI DRUG, INC.; and MAXI DRUG NORTH, INC., <br><br> Defendants. | C.A. NO. 1:06-cv-00545 (GMS) |

## **ORDER**

On this ____ day of _____, 2007, came for consideration Defendants' Motion to Stay Action Pending the U.S. Patent and Trademark Office's Reexamination of Plaintiff's Patents. Having reviewed Defendants' Motion, Ronald A. Katz Technology Licensing L.P.'s Response thereto, and Defendants' Reply, the Court is of the Opinion that Defendants' Motion should be granted and this case stayed at least until the PTO's reexamination of patents assigned to Ronald A. Katz Technology Licensing L.P. is complete.

- 5 -

LEGAL02/30190954v3
RLF1-3096600-1

IT IS THEREFORE ORDERED that Defendants' Motion for a stay is GRANTED. Accordingly, all aspects of this case are stayed.

SO ORDERED on this _____ day of _____, 2007.

_____
THE HONORABLE GREGORY M. SLEET
U.S. DISTRICT JUDGE