IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC. *et al.* <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 06-545 (GMS) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kyle Turley of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA to represent defendants The Jean Coutu Group (PJC) USA, Inc., Brooks Pharmacy, Inc., Eckerd Corporation, Maxi Drug, Inc., and Maxi Drug North, Inc. in the above-captioned matter.

Dated: December 22, 2006

CROSS & SIMON, LLC

/s/ Sean T. O'Kelly
Sean T. O'Kelly (#4349)
Kristen Healey Cramer (#4512)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
302.777.4200

*Attorneys for The Jean Coutu Group (PJC) USA, Inc., Brooks Pharmacy, Inc., Eckerd Corporation, Maxi Drug, Inc., and Maxi Drug North, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: 12/22/06

Signed: _____
Kyle Turley
Mintz, Levin, Cohn, Ferris,
  Glovsky, and Popeo, P.C.
One Financial Center
Boston, MA 02110
kturley@mintz.com

TRA 2236602v.1

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____    _____
                                                                   United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-545 (GMS) |
| AHOLD U.S.A., INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

I, Sean T. O'Kelly, hereby certify that on December 22, 2006, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served by electronic filing upon all counsel of record.

CROSS & SIMON, LLC

Sean T. O'Kelly (#4349)
Kristen Healey Cramer (#4512)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200

*Attorneys for Defendants
The Jean Coutu Group (PJC) USA, Eckerd
Corporation, Brooks Pharmacy, Inc., Maxi
Drug, Inc., and Maxi Drug North, Inc.*