IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>          Plaintiff,<br><br>v.<br><br>AHOLD U.S.A., INC et al.<br><br>          Defendants. | C.A.. No. 06-545 (GMS)<br><br>JURY TRIAL DEMANDED |

### JEAN COUTU'S JOINDER IN AHOLD'S
### MOTION TO STAY PENDING REEXAMINATION

Defendants The Jean Coutu Group (PJC) USA, Inc., Brooks Pharmacy, Inc., Eckerd Corporation, Maxi Drug, Inc., and Maxi Drug North, Inc. (collectively "Jean Coutu") hereby join in the Motion to Stay filed by defendant Ahold U.S.A., Inc. ("Ahold") on December 20, 2006. While certain other defendants, in this and other ongoing lawsuits by the Plaintiff,[1] have requested that this Court stay the Plaintiff's ongoing lawsuits until such time that "the PTO's reexamination of patents assigned to Ronald A. Katz Technology Licensing L.P. is complete" Jean Coutu requests that this Court stay this action in its entirety until the PTO's current and future reexamination of patents assigned to Ronald A. Katz Technology Licensing L.P. and asserted against Jean Coutu is complete.[2] Thus, for at least all the reasons cited in Ahold's Motion to Stay Action and the attached exhibits, Jean Coutu respectfully requests that this Court stay this action in its entirety pending the completion of all current and/or future reexamination

---

[1] RAKTL has recently filed five separate lawsuits in this District alleging patent infringement. Namely, Civil Action Nos. 06-543, 06-544, 06-545, 06-546, and 06-547, all pending before Judge Sleet.

[2] The number of patents asserted against Jean Coutu that are currently involved in a reexamination proceeding is different from that of other defendants in the present case. Of the twenty patents asserted against Jean Coutu by the Plaintiff, eight are currently being reexamined by the U.S. Patent Office, and another patent currently is awaiting a reexamination decision by the U.S. Patent Office. Specifically, the following patents asserted against Jean Coutu are undergoing reexamination: 5,255,309, 5,351,285, 5,561,707, 5,684,863, 5,815,551, 5,828,734, 5,974,120, 6,434,223, and the following patent is awaiting a reexamination decision by the U.S. Patent office: 5,128,984.

proceedings by the U.S. Patent and Trademark Office involving plaintiff's U.S. patents that have been asserted against Jean Coutu. Specifically, this Court should stay this action in its entirety because: (1) plaintiff will not be prejudiced, much less unduly prejudiced by such a stay; (2) such a stay will simplify the proceedings as a result of the findings of the reexamination proceedings, and thus conserve this Court's and the parties' resources relating to the investigation, discovery, analysis, and construction related to patent claims which are likely to be amended or even cancelled during reexamination; and (3) this action has not progressed past the initial pleading stage, discovery has not yet begun, and no trial date has been set.

Dated: December 22, 2006

OF COUNSEL:

A. Jason Mirabito
Michael T. Renaud
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111

/s/ Sean T. O'Kelly
Sean T. O'Kelly (#4349)
Kristen Healey Cramer (#4512)
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801
(302) 777-4200
*Attorneys for Defendants, The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., and Maxi Drug North, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AHOLD U.S.A., INC et al. ) <br> ) <br> Defendants. ) <br> ) | C.A.. No. 06-545 (GMS) <br><br> JURY TRIAL DEMANDED |

## ORDER

On this ___ day of _____, 2007, came for consideration Defendants The Jean Coutu Group (PJC) USA, Inc., Brooks Pharmacy, Inc., Eckerd Corporation, Maxi Drug, Inc., and Maxi Drug North, Inc.'s (collectively "Jean Coutu") Motion To Stay Action Pending The Patent And Trademark Office's Reexamination Of The Katz Patents. Having reviewed Jean Coutu's Motion and Brief, Ronald A. Katz Technology Licensing L.P.'s Response thereto, and Jean Coutu's Reply, the Court is of the Opinion that Jean Coutu's Motion should be granted and this case stayed at least until the PTO's current and future reexamination of patents assigned to Ronald A. Katz Technology Licensing L.P. and asserted against Jean Coutu is complete.

IT IS THEREFORE ORDERED that Defendants The Jean Coutu Group (PJC) USA, Inc., Brooks Pharmacy, Inc., Eckerd Corporation, Maxi Drug, Inc., and Maxi Drug North, Inc.'s Motion for a stay is GRANTED. Accordingly, all aspects of this case are stayed.

SO ORDERED on this _____ day of _____, 2007.

_____
THE HONORABLE GREGORY M. SLEET
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, hereby certify that on December 22, 2006, a copy of **JEAN COUTU'S JOINDER IN AHOLD'S MOTION TO STAY PENDING REEXAMINATION**, was served by electronic filing upon all counsel of record and additionally on the below-named counsel in the manner indicated:

### VIA HAND DELIVERY

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

_/s/ Sean T. O'Kelly_
Sean T. O'Kelly (#4349)