IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-545 (GMS) |

## STIPULATION TO EXTEND TIME

SUBJECT TO THE APPROVAL OF THE COURT, in view of the intervening holiday period, plaintiff and defendants Ahold U.S.A., Inc., The Stop & Shop Supermarket Company LLC, Giant Food Stores, LLC, Giant Food LLC, Giant Food of Maryland, Rite Aid Corporation, and Rite Aid of Delaware, Inc., have agreed that plaintiff may have approximately two additional weeks to file its Answering Brief in Opposition to Defendants' Motion to Stay Pending Reexamination (D.I. 47) so that it will be due by January 17, 2007, and that defendants may have a corresponding extension of two weeks to file their Reply Brief, so that it will be due by February 7, 2007.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Kelley E. Farnan (#4395) | /s/ Julia Heaney (#3052) |
| Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>(302)651-7509<br>*Attorneys for Defendants Ahold USA, Inc., The Stop & Shop Supermarket Company, LLC, Giant Food Stores, LLC, Giant Food LLC and Giant of Maryland LLC* | Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>Benjamin J. Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiff Ronald A. Katz Technology Licensing, L.P.* |

CROSS & SIMON, LLC

/s/ Sean T. O'Kelly (#4349)

Sean T. O'Kelly (#4349)
Kristen Healey Cramer (#4512)
913 N. Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
*Attorneys for Defendants Rite Aid Corporation and Rite Aid of Delaware, Inc.*

SO ORDERED this ___ day of December, 2006.

549715

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following Kelly Farnan and Steven J. Balick:

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 22, 2006, 2006 upon the following individuals in the manner indicated:

**BY E-MAIL**

Kelly Farnan
Richards Layton & Finger
farnan@rlf.com

Steven J. Balick
Ashby & Geddes
sbalick@ashby-geddes.com

Patrick J. Flinn
Alston & Bird LLP
Patrick.flinn@alston.com

Charles S. Barquist
Morrison & Forester LLP
cbarquist@mofo.com

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com