IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    C.A. No. 06-545-GMS<br>) |
| AHOLD U.S.A., INC.; THE STOP & SHOP SUPERMARKET COMPANY LLC; GIANT FOOD STORES, LLC; GIANT FOOD LLC; GIANT FOOD INC.; and EXPRESS SCRIPTS, INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANT EXPRESS SCRIPTS, INC.'S JOINDER IN DEFENDANTS' MOTION TO STAY ACTION PENDING THE U.S. PATENT AND TRADEMARK OFFICE'S REEXAMINATION OF PLAINTIFF'S PATENTS**

Defendant Express Scripts, Inc. ("ESI") hereby joins in the motion to stay this action pending the Reexamination proceedings by the United States Patent and Trademark Office relating to patents asserted by Plaintiff Ronald A. Katz Technology Licensing, L.P. that was filed by Defendants Ahold U.S.A., Inc., Giant Food LLC, Giant Food of Maryland, Rite Aid Corporation and Rite Aid of Delaware, Inc. on December 20, 2006 ("Motion to Stay") (D.I. 47).

ESI[1] incorporates herein by reference the Motion to Stay, which correspondingly incorporated by reference the motion to stay filed by the Defendants in Civil Action No. 06-546-GMS on December 18, 2006, and its supporting memorandum (D.I. 80 and 81 in C.A. No. 06-

---

[1] Plaintiff has asserted eighteen patents against ESI in this action. They include the '120 patent, the '134 patent, the '150 patent, the '156 patent, the '223 patent, the '252 patent, the '285 patent, the '309 patent, the '360 patent, the '551 patent, the '707 patent, the '734 patent, the '762 patent, the '863 patent, the '893 patent, the '965 patent, the '968 patent and the '984 patent. Nine of those patents are currently involved in reexamination proceedings — the '120 patent, the '156 patent, the '223 patent, the '285 patent, the '309 patent, the '551 patent, the '707 patent, the '734 patent and the '863 patent.

546).  For all the reasons cited in the both of those motions to stay, ESI respectfully joins in the request that the Court stay this action in its entirety pending the completion of all of the reexamination proceedings by the U.S. Patent and Trademark Office involving Plaintiff's U.S. patents that have been asserted in this action against ESI as well as other related but unasserted patents.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. # 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Defendant Express Scripts, Inc.*

2

*Of Counsel:*

Charles S. Barquist
Michael W. Vella
Brian F. McMahon
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA  90013
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

Dated:  January 2, 2007
176230.2