IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-545 (GMS) |

### STIPULATION TO EXTEND TIME

SUBJECT TO THE APPROVAL OF THE COURT, in view of the intervening holiday period, plaintiff and defendants The Jean Coutu Group (PJC) USA, Inc., Brooks Pharmacy, Inc., Eckerd Corporation, Maxi Drug, Inc., and Maxi Drug North, Inc. have agreed that plaintiff may have until January 17, 2007 to file its opposition to Defendants' Motion to Stay Pending Reexamination (D.I. 49) and that defendants may have until February 7, 2007 to file their reply.

| CROSS & SIMON, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Sean T. O'Kelly (#4349) | /s/ Julia Heaney (#3052) |
| Sean T. O'Kelly (#4349) <br> Kristen Healey Cramer (#4512) <br> 913 N. Market Street, 11th Floor <br> Wilmington, DE 19801 <br> (302) 777-4200 <br> *Attorneys for Defendants The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., and Maxi Drug North, Inc.* | Mary B. Graham (#2256) <br> Julia Heaney (#3052) <br> Benjamin J. Schladweiler (#4601) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> *Attorneys for Plaintiff Ronald A. Katz Technology Licensing, L.P.* |

SO ORDERED this ___ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

550142

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following Kelly Farnan, Steven J. Balick and Sean T. O'Kelly.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 8, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

Kelly Farnan
Richards Layton & Finger
farnan@rlf.com

Steven J. Balick
Ashby & Geddes
sbalick@ashby-geddes.com

Sean T. O'Kelly
Cross & Simon, LLC
sokelly@crosslaw.com

Patrick J. Flinn
Alston & Bird LLP
Patrick.flinn@alston.com

Charles S. Barquist
Morrison & Forester LLP
cbarquist@mofo.com

*/s/ Julia Heaney (#3052)*

_____
Julia Heaney (#3052)
jheaney@mnat.com