IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC.; THE STOP & SHOP SUPERMARKET COMPANY LLC; GIANT FOOD STORES, LLC; GIANT FOOD LLC; GIANT FOOD INC.; EXPRESS SCRIPTS, INC.; RITE AID CORPORATION; RITE AID OF DELAWARE, INC.; THE JEAN COUTU GROUP (PJC) USA, INC.; ECKERD CORPORATION; BROOKS PHARMACY, INC.; MAXI DRUG, INC.; and MAXI DRUG NORTH, INC., <br><br> Defendants. | C.A. No. 06-545 (GMS) |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STAY ACTION PENDING THE U.S. PATENT AND TRADEMARK OFFICE'S REEXAMINATION OF PLANTIFF'S PATENTS**

On December 20, 2006, Defendants Ahold U.S.A., Inc., The Stop & Shop Supermarket Company LLC, Giant Food Stores, LLC, Giant Food LLC, Giant Food of Maryland (collectively, the "Ahold Defendants"), Rite Aid Corporation and Rite Aid of Delaware, Inc. (collectively the "Rite Aid Defendants") (collectively, "Moving Defendants"), filed a motion to stay (the "Motion") this action in its entirety pending the Reexamination proceedings by the United States Patent and Trademark Office relating to patents asserted in this action by Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL" or "Plaintiff"). In support of their Motion, Moving Defendants incorporated by reference the Motion to Stay and supporting documents (D.I. Nos. 80, 81, 82) filed by

the Defendants in Civil Action No. 06-546-GMS. In response, Plaintiff incorporated by references its Answering Brief (D.I. No. 86) in Civil Action No. 06-546-GMS.

Accordingly, in further support of their Motion, Moving Defendants hereby incorporate by reference the Reply Brief filed by the Defendants in Civil Action No. 06-546-GMS (D.I. No. 87).

Wherefore, Moving Defendants respectfully request that the Court stay this action in its entirety pending the completion of all the reexamination proceedings before the United States Patent and Trademark Office involving Plaintiff's patents asserted in this action.

| OF COUNSEL: | /s/ Kelly E. Farnan |
|---|---|
| | Frederick L. Cottrell, III (#2555) |
| Patrick J. Flinn | Cotrell@rlf.com |
| Robert L. Lee | Kelly E. Farnan (#4395) |
| Cherri T. Gregg | Farnan@rlf.com |
| ALSTON & BIRD LLP | Richards, Layton & Finger, P.A. |
| One Atlantic Center | One Rodney Square, P.O. Box 551 |
| 1201 West Peachtree Street | Wilmington, DE 19899 |
| Atlanta, GA 30309-3424 | Tel. (302) 651-7509 |
| | Fax: (302) 651-7701 |
| | Attorneys for Defendants Ahold USA, Inc., The Stop & Shop Supermarket Company, |
| Dated: February 7, 2007 | LLC, Giant Food Stores, LLC, Giant Food LLC and Giant of Maryland LLC |

| OF COUNSEL: | /s/ Sean T. O'Kelly |
|---|---|
| | Sean T. O'Kelly (#4349) |
| Thomas B. Kenworthy | Kristen Healey Cramer (#4512) |
| Alison B. Weisberg | Cross & Simon, LLC |
| Morgan, Lewis & Bockius LLP | 913 North Market Street, 11th Floor |
| 1701 Market Street | Wilmington, DE 19801 |
| Philadelphia, PA 19103 | Tel. (302) 777-4200 |
| | Fax: (302) 777-4224 |
| Thomas A. Schmutz | Attorneys for Defendants Rite Aid |
| Morgan, Lewis & Bockius LLP | Corporation and Rite Aid of Delaware, Inc. |
| 1111 Pennsylvania Avenue, N.W. | |
| Washington, DC 20004 | |

Dated: February 7, 2007

RLF1-3113052-2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY E-MAIL AND HAND DELIVERY**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris Nichols Arsht & Tunnel
1201 North Market Street
Wilmington, Delaware 19801

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, PO Box 1150
Wilmington, DE 19899

Sean T. O'Kelly, Esquire
Kristen Healey Cramer
913 North Market Street, 11th Floor
Wilmington, DE 19801

I hereby certify that on February 7, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY EMAIL**

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Charles S. Barquist
Brian F. McMahon
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024

Michael K. Plimack
Dale A. Rice
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104-2878

James J. Brosnahan
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Michael W. Vella
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

RLF1-3074816-1

Thomas B. Kenworthy
Alison B. Weisberg
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Thomas A. Schmutz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

A. Jason Mirabito
Michael T. Renaud
Mintz, Levin, Cohn, Ferris, Glovsky
   and Pompeo, P.C.
One Financial Center
Boston, MA 02111

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
farnan@rlf.com