IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-545-GMS |
| ) | |
| AHOLD U.S.A., INC.; THE STOP & SHOP SUPERMARKET COMPANY LLC; GIANT FOOD STORES, LLC; GIANT FOOD LLC; GIANT FOOD INC.; and EXPRESS SCRIPTS, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT EXPRESS SCRIPTS, INC.'S JOINDER IN DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STAY ACTION PENDING THE U.S. PATENT AND TRADEMARK OFFICE'S REEXAMINATION OF PLAINTIFF'S PATENTS**

Defendant Express Scripts, Inc. hereby joins in the Defendants' Reply in Support of Their Motion to Stay Action Pending the U.S. Patent and Trademark Office' Reexamination of Plaintiff's Patents filed by Defendants Ahold U.S.A., Inc., The Stop & Shop Supermarket Company LLC, Giant Food Stores, LLC, Giant Food LLC, Giant Food of Maryland, Rite Aid Corporation and Rite Aid of Delaware, Inc. on February 7, 2007 (D.I. 57).

                    ASHBY & GEDDES

                    */s/ Tiffany Geyer Lydon*

                    _____
                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, DE 19899
                    (302) 654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com
                    tlydon@ashby-geddes.com

                    *Attorneys for Defendant Express Scripts, Inc.*

*Of Counsel:*

Charles S. Barquist
Michael W. Vella
Brian F. McMahon
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
(213) 892-5200

Dated: February 8, 2007
177545.1