IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 06-545 (GMS) |
| AHOLD U.S.A., INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANT JEAN COUTU'S JOINDER IN DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STAY THIS ACTION PENDING THE U.S. PATENT AND TRADEMARK OFFICE'S REEXAMINATION OF PLAINTIFF'S PATENTS

Defendants The Jean Coutu Group (PJC) USA, Inc., Brooks Pharmacy, Inc., Eckerd Corporation, Maxi Drug, Inc., and Maxi Drug North, Inc. (collectively "Jean Coutu") hereby join in the Motion to Stay filed by defendant Ahold U.S.A., Inc. ("Ahold") on February 7, 2007 (D.I. 57). Jean Coutu joins Ahold's motion (including Ahold's incorporation by reference of the Reply Brief filed by the Defendants in Civil Action 06-546-GMS (D.I. No. 87)) only to the extent that the arguments and facts stated therein are consistent with and apply to the present action.

CROSS & SIMON, LLC

_/s/ Sean T. O'Kelly_
Sean T. O'Kelly (#4349)
Erica Niezgoda Finnegan (#3986)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
*Attorneys for Defendants The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., Maxi Drug North, Inc.*

Dated: February 8, 2007

OF COUNSEL:

A. Jason Mirabito
Michael T. Renaud
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )    C.A. No. 06-545 (GMS) |
| AHOLD U.S.A., INC., et al., | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, hereby certify that on February 8, 2007, a true and correct copy of the **Defendant Jean Coutu's Joinder in Defendants' Reply in Support of Their Motion to Stay This Action Pending the U.S. Patent and Trademark Office's Reexamination of Plaintiff's Patents** was served by electronic filing upon all counsel of record.

CROSS & SIMON, LLC

/s/ Sean T. O'Kelly
Sean T. O'Kelly (#4349)
Erica Niezgoda Finnegan (#3986)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
*Attorneys for Defendants The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., Maxi Drug North, Inc.*