# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302.351.9199
mgraham@mnat.com

February 9, 2007

**BY E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE  19801

      Re:    *Ronald A. Katz Tech. Licensing Inc. v. Ahold USA Inc. et al*
             Civil Action No. 06-545 (GMS)

Dear Judge Sleet:

      Briefing has now been completed in connection with defendants' Motions to Stay Action pending the U.S. Patent and Trademark Office's Reexamination of Plaintiff's Patents (D.I. 47, 49, & 51). Plaintiff RAKTL hereby requests oral argument in connection with this motion.

             Respectfully,

             */s/ Mary B. Graham*

             Mary B. Graham (#2256)

MBG/dam
cc:    Clerk of the Court (by e-filing and hand delivery)
733435