IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-545 (GMS) |
| AHOLD U.S.A., INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS
JEAN COUTU GROUP AND RITE AID**

PLEASE TAKE NOTICE that Erica N. Finnegan, Esq. hereby enters her appearance for Defendants The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., and Maxi Drug North, Inc. (collectively "Jean Coutu"), Rite Aid Corporation and Rite Aid of Delaware, Inc. (collectively "Rite Aid"), and Kristen Healey Cramer, Esq. hereby withdraws as counsel for these Defendants. Sean T. O'Kelly, Esq., who previously entered his appearance on behalf of the listed Defendants, will remain as counsel.

CROSS & SIMON, LLC

_/s/ Erica N. Finnegan_
Sean T. O'Kelly (#4349)
Erica N. Finnegan (#3986)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
*Attorneys for Defendants The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., Maxi Drug North, Inc., Rite Aid Corp., Rite Aid of Delaware, Inc.*

OF COUNSEL FOR THE JEAN COUTU DEFENDANTS
A. Jason Mirabito
Michael T. Renaud
Mintz, Levin, Cohn, Ferris, Glovsky
 and Popeo, P.C.
One Financial Center
Boston, MA 02111
> *Attorneys for Defendants The Jean Coutu Group*
> *(PJC) USA, Inc., Eckerd Corporation, Brooks*
> *Pharmacy, Inc., Maxi Drug, Inc., Maxi Drug North, Inc.,*


OF COUNSEL FOR THE RITE AID DEFENDANTS
Thomas B. Kenworthy
Alison B. Weisberg
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Telephone: (302) 777-4200

Thomas A. Schmutz
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 739-5484
> *Attorneys for Rite Aid Corporation and*
> *Rite Aid of Delaware, Inc.*


Dated: February 12, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-545 (GMS) |

### CERTIFICATE OF SERVICE

I, Erica N. Finnegan, hereby certify that on February 12, 2007, a true and correct copy of the foregoing Notice of Substitution of Counsel was served by electronic filing upon all counsel of record.

CROSS & SIMON, LLC

_____
Erica N. Finnegan (#3986)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
*Attorneys for Defendants The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., Maxi Drug North, Inc., Rite Aid Corp., Rite Aid of Delaware, Inc.*