IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-545 (GMS) |

### NOTICE OF WITHDRAWAL AS COUNSEL

NOW COMES, Sean T. O'Kelly, Esquire, of Cross & Simon, LLC, on behalf of Michael T. Renaud, formerly of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., states that Michael T. Renaud hereby withdraws his entry of appearance in the above-referenced matter.

CROSS & SIMON, LLC

/s/ Sean T. O'Kelly
Sean T. O'Kelly (No. 4349)
Erica N. Finnegan (No. 3986)
913 North Market Street, 11th Floor
P. O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200
(302) 777-4224 (facsimile)
*Attorneys for Defendants The Jean Coutu Group(PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., Maxi Drug North, Inc.*

Dated: February 13, 2007

OF COUNSEL:

A. Jason Mirabito
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AHOLD U.S.A., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-545 (GMS) |

**CERTIFICATE OF SERVICE**

I, Sean T. O'Kelly, hereby certify that on February 13, 2007, a true and correct copy of the foregoing Notice of Withdrawal of Counsel was served by electronic filing upon all counsel of record.

**CROSS & SIMON, LLC**

/s/ Sean T. O'Kelly
Sean T. O'Kelly (No. 4349)
Erica N. Finnegan (No. 3986)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
(302) 777-4224 (facsimile)
*Attorneys for Defendants The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., Maxi Drug North, Inc.*