OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

*[Filed stamp: 2007 APR 18 AM 10:51, CLERK U.S. DIST., CENTRAL DIST. OF CALIF., LOS ANGELES, BY _____]*

April 11, 2007

United States District Court
  for the Central District of CA, Western Division
312 North Spring St., Room G-8
Los Angeles, CA 90012

> RE:   In Re Katz Interactive Call Processing Patent Litigation, MDL 1816,
>        California District Court Nos. 07-2096, 07-2099, 07-2101,
>        07-2134, and 07-2192, Delaware District Court Nos. 06-543,
>        06-544, 06-545, 06-546, and 06-547

Dear Sir or Madam:

Pursuant to the MDL Judicial Panel Order transferring the above captioned cases to your Court, enclosed please find the following items:

( X )   Certified copies of the docket sheets;

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: /s/ Marie McDavid
       Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on ___4-16-07___.

MELONI WARREN
_____
**Signature**