IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-545 (GMS) |
| AHOLD U.S.A., INC., et al., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, this action in Delaware having been closed as a result of the Transfer Order of the Judicial Panel on Multidistrict Litigation transferring this action to the Central District of California (D.I. 64), the undersigned hereby withdraw their appearance in this action as counsel for plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL"). The undersigned have not been retained to represent RAKTL in the multidistrict litigation. Because this action in Delaware was closed effective 4/11/07, as reflected by docket entry of that date, counsel understands that the requirement of Delaware Local Rule 83.7 to obtain substitute Delaware counsel as counsel of record does not apply at this time. In the event that the action were to be transferred back to Delaware for later proceedings, RAKTL and its continuing counsel, Heller Ehrman LLP, who are representing RAKTL in the multidistrict litigation, understand that RAKTL would then need to obtain representation by Delaware counsel at that time as required by Delaware Local Rule 83.5(d).

RAKTL and Heller Ehrman LLP are agreeable to this withdrawal. Both Heller Ehrman LLP and the undersigned believe that withdrawal can be accomplished without material adverse effect on the interests of RAKTL. See Professional Conduct Rule 1.16(b)(1).

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Julia Heaney (#3052)* |
|  | Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>Benjamin J. Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>302.658.9200 |
|  | *Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P.* |
| OF COUNSEL: |  |
| Robert T. Haslam<br>Andrew C. Byrnes<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025-3506<br>650.324.7000 |  |
| Michael K. Plimack<br>Dale A. Rice<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA  94104-2878<br>415.772.6000 |  |

January 9, 2008

1379012

2

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following Kelly Farnan, Steven J. Balick and Sean T. O'Kelly.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 9, 2008 upon the following individuals in the manner indicated:

**BY E-MAIL**

Kelly Farnan
Richards Layton & Finger
farnan@rlf.com

Steven J. Balick
Ashby & Geddes
sbalick@ashby-geddes.com

Sean T. O'Kelly
Cross & Simon, LLC
sokelly@crosslaw.com

Patrick J. Flinn
Alston & Bird LLP
Patrick.flinn@alston.com

Charles S. Barquist
Morrison & Forester LLP
cbarquist@mofo.com

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com